**Robert Eugene ROBINSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 46516.**

Missouri Court of Appeals,
Western District.

March 30, 1993.

Laura G. Martin, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before ULRICH, P.J., and
BRECKENRIDGE and HANNA, JJ.

## ORDER

PER CURIAM:

Robert Eugene Robinson appeals from the denial of his Rule 24.035 motion for postconviction relief without an evidentiary hearing.

The judgment denying postconviction relief is affirmed. Rule 84.16(b).